IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUSAN VEENSCHOTEN, | ) |
|     Plaintiff | ) |
| | ) |
| v. | ) Civ. No. 05 - 71 ERIE |
| | ) |
| CITY OF ERIE, PENNSYLVANIA, | ) |
|     Defendant | ) |

## STIPULATION OF DISMISSAL

AND NOW, the parties, by and through their counsel of record, do hereby stipulate to the dismissal of this action pursuant to Rule 41(a)(1).

Respectfully submitted,

ELDERKIN, MARTIN, KELLY & MESSINA

By _____
Craig A. Markham, Esquire
Attorney for Plaintiff
150 East Eighth Street
Erie, Pennsylvania 16501
(814) 456-4000

LAW OFFICE OF JOSEPH S. WEIMER

By _____
Edmond R. Joyal, Jr., Esquire
Attorney for Defendant
975 Two Chatham Center
Pittsburgh, Pennsylvania 15219
(412) 338-3184